IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00018-MP-AK

FRANKLIN THOMAS,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 76, Motion to Continue Sentencing of Franklin Thomas, filed by the United States. The motion, which is not opposed, is granted. Sentencing is hereby reset for April 27, 2007, at 9:30 a.m.

**DONE AND ORDERED** this _26th_ day of March, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge