IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:06-cr-00018-MP-AK

FRANKLIN THOMAS,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 83, Joint Motion to Continue Sentencing, filed by Franklin Thomas.  The motion is granted and sentencing is hereby reset for Wednesday May 16, 2007 at 10:00 a.m.


**DONE AND ORDERED** this  *27th*  day of April, 2007

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge