IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00018-MP-AK

FRANKLIN THOMAS,

   Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 96, Mr. Thomas' motion under 18 U.S.C. § 3582(c)(2) to reduce his sentence pursuant to Amendments 706, 711 and 715 to the Sentencing Guidelines. The motion is denied for two reasons. First, Mr. Thomas was sentenced as a career offender. Thus, even after the amendments his adjusted offense level is 37. Because the amendment does not lower the guideline range applicable to this defendant, § 1B1.10(a)(1) does not permit the Court to reduce the original sentence. Additionally, the Defendant escaped a mandatory minimum sentence of life by obtaining a substantial assistance motion. His original sentence, 96 months, was also below the bottom of his Guidelines range. This sentence represented the discretion of the Court taking into account all the circumstances of the case, once the Court was free of the Guidelines and the statutory mandatory minimum. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

No reduction pursuant to 18 U.S.C. § 3582(c)(2) is appropriate, and the motion at Doc. 96 is denied.

**DONE AND ORDERED** this _29th_ day of December, 2008

       *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge